UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTYN PATRICK COURSON,
FDOC Inmate No. J43079,
     Plaintiff,

vs.                         Case No.: 3:21cv372/LAC/EMT

MARK INCH,
     Defendant.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on July 21, 2021 (ECF No. 8).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The chief magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2.     The clerk is directed to transfer this action to the United States District

Court for the Middle District of Florida for all further proceedings and close the case.

**DONE AND ORDERED** this 26th day of August, 2021.

s/*L.A. Collier*
_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**